# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-3373

_____

Nicholas Weimer

*Plaintiff - Appellant*

v.

Seterus Inc.

*Defendant - Appellee*

IBM Lending

*Defendant*

Kozeny & McCubbin

*Defendant - Appellee*

Does 1-10, Inclusive

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: May 28, 2015
Filed: June 2, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

In this action removed from state court to federal court, Nicholas Weimer appeals after the district court[1] denied his motion for leave to amend his complaint, granted a motion to dismiss for failure to state a claim, and ruled adversely on cross-motions for summary judgment. After carefully reviewing the record and the parties' arguments on appeal, we find no basis for reversal. See Harris v. FedEx Nat'l LTL, Inc., 760 F.3d 780, 786 (8th Cir. 2014) (denial of leave to amend is reviewed for abuse of discretion); Rochling v. Dep't of Veterans Affairs, 725 F.3d 927, 930 (8th Cir. 2013) (dismissal for failure to state claim is reviewed de novo); Humphries v. Pulaski Cnty. Special Sch. Dist., 580 F.3d 688, 692 (8th Cir. 2009) (decision on cross-motions for summary judgment is reviewed de novo). Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.